DATED: 5/15/ , 2021.     Larry Frisby

By: _____, Reverend
     Class Representative


DATED: _____, 2021.     SKY CHEFS, INC.


By:_____


Its: _____

- 18 -